UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH LUPARELLA,

                Petitioner,

-against-

PAUL M. LAIRD, Warden,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 6762 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 3 1 2007 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on January 30, 2007, denying the petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2241 and 2243; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2241 and 2243 is denied.

Dated: Brooklyn, New York
         January 31, 2007

                                                  s/Robert C. Heinemann
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court